page 1 of 6

In United States District court of Douglas County of Omaha, Nebraska

Judy Fleury on behalf of Lawrence Fleury III
  plaintiff

vs.

Nebraska University medica Hospital

Case No. 8:25CV563

Complaint of malpractize

2025 SEP 16 PM 12:37
OFFICE OF THE CLERK
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

Comes now, plaintiff, named above with positive proof now being provided, is sueing for compensation for other named plaintiff Lawrence Fleury III. That particular employed nurse of above place chose instead of admitting blame, tried to ~~destroy~~ continue

page 2
5 6

In the United States District Court of Douglas County of Omaha, Nebraska

to help nasty other indivuals destroying unfairly, the above name plaintiff, Judy Fleury claiming—trying to claim it was Judy Fleury, plaintiff that caused malpractice.

Because of admitting that damage was done — the nurse (employee of above named medical place has two different paths he (nurse) can chose himself, with help from medical place.

One — Admit Judy Fleury — not horied individual (truth) understanding a un cettentronal mistake was made and he (nurse) acted in fear (of) continuing (nurse attempting) to pursue defamation or

page 3 In the United States District Court of Douglas county of Omaha, Nebraska

6

Character of named plaintiff Judy Fleury (untruth) which if choosen will be worse to explain why he took action to harm named patient by listening to ~~there~~ and taking action for unathorized, untrained medical nasty person — still showing irresponsibility and worse excuse.

filed September 16, 2025 by Judy Fleury address 4841 Homes Apt 312 Omaha Ne 68117 phone 402-670-3083.

Judy Fleury
named above
plaintiff

# In United States District Court of Douglas County of Omaha, Nebraska

Judy Fleury on behalf of Lawrence Fleury III
    plaintiff

Complaint of malpractice

vs.

Nebraska University medical Hospital

    Comes Now, plaintiff, named above with positive proof now being provided, is sueing for compensation for other named plaintiff Lawrence Fleury III.

    That particular employed nurse of above place chose instead of admitting blame, tried to ~~destroy~~ continuing

page 5 of 6

In the United States District Court of Douglas county of Omaha, Nebraska

to help nasty other indivuals destroying. Unfairly, the above name plaintiff, Judy Fleery claiming—trying to claim it was Judy Fleury, plaintiff that caused malpractice.

Because of admitting that damage was done — the nurse (employee of above named medical place has two different paths he (nurse) can chose himself, with help from medical place.

One — Admit Judy Fleery — not toried individual (truth) understanding a unattentional mistake was made and he (nurse) acted in fear (of) continuing to pursue defamation on

In the United States District Court of Douglas county of Omaha, Nebraska

Character of named plaintiff, Judy Fleury (untruth) which if choosen will be worse to explain why he took action to harm named patient by listening to ~~her~~ and taking action for unathorized, untrained medical nasty person — still showing iresponsibility and worse excuse.

filed September 16, 2025 by Judy Fleury address 4841 Holmes Apt. 312 Omaha Ne 68117 phone 402-670-3083.

*Judy Fleury*
named above plaintiff