IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUDY K. FLEURY, on behalf of Lawrence Fleury, III;<br><br><br>Plaintiff,<br><br><br>vs.<br><br><br>NEBRASKA UNIVERSITY MEDICAL HOSPITAL,<br><br><br>Defendant. | **8:25CV563**<br><br><br><br><br>**ORDER** |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (Filing No. 6) recommending that the complaint be dismissed for failure of service and want of prosecution. *See* Fed. R. Civ. P. 4(m). There are no objections to the Findings and Recommendation.

28 U.S.C. § 636(b)(1) provides for de novo review of a Magistrate Judge's findings or recommendations only when a party objects to them. *See Peretz v. United States*, 501 U.S. 923, 939 (1991). The failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009); *see also United States v. Meyer*, 439 F.3d 855, 858-59 (8th Cir. 2006). Accordingly,

**IT IS ORDERED:**

1. The Magistrate Judge's Findings and Recommendation (Filing No. 6) is adopted.
2. This case is dismissed without prejudice.

3.  A separate judgment will be entered.

Dated this 19th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge